Glenn Stearns, Chapter 13 Trustee
4343 Commerce Court, Suite 120
Lisle, IL  60532-3614
Ph:  (630) 577-1313

In re:
SCOTT A STUKEL                                              Case No. 08-30133
GWEN M STUKEL                                               Account No.  5861


INDYMAC BANK                                    SCOTT A STUKEL
6900 BEATRICE DR                                GWEN M STUKEL
KALAMAZOO, MI  49009                            813 MUIRHEAD AV
                                                NAPERVILLE, IL  60565

                                                JANET L WATSON
                                                330 S NAPERVILLE RD #405
                                                WHEATON, IL  60187


### NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on December 14, 2009.

/S/  Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee


### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on January 06, 2010.

/S/  Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
4343 Commerce Court, Suite 120
Lisle, IL  60532-3614
Ph:  (630) 577-1313